# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **EDER MIRANDA LAUREANO,** § § *Petitioner*, § § v. § § **KRISTI NOEM, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IN THEIR OFFICIAL CAPACITY, PAMELA BONDI, UNITED STATES ATTORNEY GENERAL, IN THEIR OFFICIAL CAPACITY, TODD M. LYONS, ACTING DIRECTOR, UNITED STATES IMMIGRATIONS AND CUSTOMS ENFORCEMENT, IN THEIR OFFICIAL CAPACITY, MARISA FLORES, EL PASO FIELD OFFICE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, IN THEIR OFFICIAL CAPACITY, and NAME UNKNOWN, WARDEN, ERO CAMP EAST MONTANA DETENTION CENTER, IN THEIR OFFICIAL CAPACITY,** § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 3:25-CV-00495-LS |
| *Respondents*. § | |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 7.

**SIGNED** and **ENTERED** on February 17, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**